IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH F. HOLLAND, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | No. 1:24-CV-2687-LLA |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.* ) | |
| ) | |
| *Defendants*. ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that the undersigned attorney, Michael Andrew Zee of the United States Department of Justice, Civil Division, Federal Programs Branch, withdraws his appearance as counsel for Defendants in the captioned case. Anna L. Deffebach of the Department of Justice will continue to represent Defendants in this matter.

Dated: February 13, 2025                Respectfully Submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/ M. Andrew Zee*
M. ANDREW ZEE (CA Bar No. 272510)
Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Avenue
San Francisco, CA 94102
Tel: (415) 436-6646
Email: m.andrew.zee@usdoj.gov

*Counsel for Defendants*

1